IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01085-ZLW-MJW

DAVID BAXTER, a/k/a RICHIE A. HILL,

    Plaintiff,
v.

HARLEY G. LAPPIN, B.O.P. Director,
CORR. OFFICER BREAD, U.S.P. Florence,
LT. GRAY, ADX-Max, U.S.P. Florence,
PAUL M. LAIRD, AW, U.S.P. Florence,
LT. LEON EGGLESTON, U.S.P. Florence,
STEVEN HASEN, U.S.P. Florence, and
JOHN DOE, Unknown Persons, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2010

GREGORY C. LANGHAM
                        CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 8, 2010

BY THE COURT:

*Zita Leeson Weinshienk*

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01085-ZLW-MJW

David Baxter a/k/a Richie A. Hall
Reg. No. 20689-018
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: CO Bread, Lt. Gray, Paul M. Laird,
Lt. Leon Eggleston, and Steven Hansen

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on CO Bread, Lt. Gray, Paul M. Laird, Lt. Leon Eggleston, and Steven Hansen; to Harley Lappin; to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 8/26/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/10/10 .

                                                   GREGORY C. LANGHAM, CLERK

                                                   By:_____
                                                                 Deputy Clerk