IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01085-WYD-MJW

DAVID BAXTER,
a/k/a Richie A. Hill,

    Plaintiff,

v.

HARLEY G. LAPPIN, B.O.P. Director,
CORR. OFFICER BREAD, U.S.P. Florence,
LT. GRAY, ADX-Max, U.S.P. Florence,
PAUL M. LAIRD, AW, U.S.P. Florence,
LT. LEON EGGLESTON, U.S.P. Florence,
STEVEN HASEN, U.S.P. Florence, and
JOHN DOE, Unknown Persons, et al.,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Defendants' Motion to Dismiss [ECF No. 28]. This motion was referred to United States Magistrate Judge Watanabe for a recommendation. Magistrate Judge Watanabe issued a Recommendation on April 18, 2011 [ECF No. 33], which is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), D.C.COLO.LCivR. 72.1.

Magistrate Judge Watanabe recommends that Defendants' Motion to Dismiss be granted and that the claims against Defendants Laird, Eggleston, and Hanson be dismissed with prejudice as time-barred. He further recommends that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the court *sua sponte* dismiss as time-barred the claims against the other Defendants.

On April 29, 2011, Plaintiff Baxter filed a motion styled as a "Motion to Not Dismiss," which I have construed as an objection to Magistrate Judge Watanabe's Recommendation. [ECF No. 34]. When a magistrate judge issues a recommendation on a dispositive matter, I am required to "determine de novo any part of the magistrate judge's [recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). In conducting my review, I "may accept, reject, or modify the recommendation; receive further evidence; or return the matter to the magistrate judge with instructions." *Id*. Further, I must construe the filings of a *pro se* litigant liberally and hold such filings to a less stringent standard than pleadings drafted by lawyers. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972)). Even allowing for the more lenient standard, I find that Mr. Baxter has not properly objected to the Recommendation. His response only generally states that his case should not be dismissed, but does not specifically object to a portion of Magistrate Judge Watanabe's order.

Although Mr. Baxter has not properly objected and although he did not raise any new legal or factual issues in his response, I have conducted a *de novo* review of this matter, including a careful review of relevant pleadings, the Recommendation, and Plaintiff's objection, as well as relevant law. After this thorough review, I find that Plaintiff's objection is without merit and that the findings and conclusions of Magistrate Judge Watanabe are correct.

Accordingly, I find that Magistrate Judge Watanabe's Recommendation should be affirmed in its entirety and that Plaintiff's objection should be overruled. It is therefore

ORDERED that the Recommendation of United States Magistrate Judge [ECF No. 33] is **AFFIRMED AND ADOPTED**. In accordance therewith, it is

ORDERED that the Defendants' Motion to Dismiss [ECF No. 28] is **GRANTED** and the claims against defendants Laird, Eggleston, and Hanson are **DISMISSED WITH PREJUDICE.** It is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) the claims against the other defendants are **DISMISSED WITH PREJUDICE.** It is

FURTHER ORDERED that Plaintiff's Objection to the Recommendation [ECF No. 34], is **OVERRULED.**

Dated: July 14, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge